UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-24362-ALTONAGA/TORRES

CRISTIAN NICOLAS YAVAR,

    Plaintiff,

vs.

SAKURA SUSHI BAR INC AND
LUIS E. GUTIERREZ,

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Cristian Nicolas Yavar, pursuant to the Court's Order entered on December 17, 2021 [ECF No. 4], files this estimated Statement of Claim based on the information known to Plaintiff at this time.

### *Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours that worked, the pay that received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that he is owed **$16,875.00 in unpaid tips.**

4. Plaintiff estimated the amount he is owed as follows:

    a. *Plaintiff estimates that he should have made at least $25 in cash tips daily.*

    b. *December 16, 2018 to July 1, 2020 = 401 days (excluding two days each week.)*

    c. *401 days x $25 a day = $10,025.00*

    d. *July 6, 2020 to October 29, 2021 = 274 days (excluding three days each week).*

    e. *274 days x $25 a day = $6,850.00*

    f. *$10,025.00 + $6,850.00 = $16,875.00*

5. Plaintiff estimates that he is owed **$14,500.00 in unpaid overtime wages.**

6. Plaintiff estimated the amount of overtime as follows:

    a. *Plaintiff worked about 145 weeks from December 16, 2018 to October 29, 2021.*

    b. *Plaintiff worked an average of 5 days a week during that time period.*

    c. *Plaintiff worked 10 hours a day.*

    d. *Plaintiff received $200.00 a day in compensation.*

    e. *$200.00 a day divided by 10 hours worked a day = $20.00 regular rate.*

    f. *Half time rate = $10.00 an hour.*

    g. *Plaintiff worked 10 overtime hours a week (50 hours worked – 40-hour regular work week).*

    h. *10 overtime hours worked x $10.00 an hour = $100.00 a week in overtime.*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

    i. *$100.00 a week x 145 weeks = $14,500.00*

  7. Plaintiff claims that he is **owed $31,375.00 in unpaid tips and overtime wages** between December 16, 2018 and October 29, 2021.

  8. Plaintiff also seeks liquidated damages in an amount equal to the above unpaid/underpaid overtime wages plus reasonable attorneys' fees and costs pursuant to the FLSA.

  9. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

  10. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

  11. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

  The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

  Respectfully submitted this 3rd day of January, 2022.

        Toussaint Cummings, Esq.
        Toussaint Cummings, Esq. (119877)
        toussaint@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Ave
        Suite 770
        Coral Gables, FL 33146
        Tel: 305.230.4884
        *Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*